MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CABN 152348)
Chief, Civil Division
CLAIRE T. CORMIER (CABN 154364)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5082
    FAX: (408) 535-5081
    claire.cormier@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEENA HAKIM,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES, et al.,<br><br>    Defendant. | Case No. CV 13-01895 HRL<br><br>**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE HEARING DATE ON MOTION TO DISMISS** |

Defendant United States of America filed a motion to dismiss, scheduling the hearing for August 20, 2013. The Court sua sponte continued the hearing to September 10, 2013. Undersigned counsel is scheduled to be out of town on September 10. Accordingly, after conferring with plaintiff, defendant requests that the hearing be rescheduled to either September 17 or 24, 2013.

                                          Respectfully submitted,

Dated: August 6, 2013                MELINDA HAAG
                                          UNITED STATES ATTORNEY

                                          /s/ Claire T. Cormier
                              By: _____.
                                          CLAIRE T. CORMIER
                                          Assistant U.S. Attorney

1

**DECLARATION OF CLAIRE T. CORMIER**

I, Claire T. Cormier, hereby declare and state:

1. I am over 18 years of age and the following is within my own personal knowledge.  If called as a witness, I could and would competently testify thereto.

2. I represent defendant United States of America in this action.

3. I am scheduled to be out of town from September 6 to September 10, 2013.  During part of that time, I will be participating in the two-day Avon Walk for Breast Cancer in Santa Barbara.

4. On August 6, 2013, I telephoned plaintiff Deena Hakim and asked her if she objected to continuing the hearing on defendant's motion to dismiss from September 10 to either September 17 or 24, 2013.  She indicated that she did not object.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge and that this declaration was executed at San Jose, California on August 6, 2013.

/s/  Claire T. Cormier
CLAIRE T. CORMIER

**[PROPOSED] ORDER**

The hearing on defendant's motion to dismiss, currently set for September 10, 2013, is hereby continued to September 24, 2013.

IT IS SO ORDERED.

DATED:  August 13, 2013

HON. HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE